UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICORP,<br><br>Defendant. | No.  2:22-cv-02214-KJM-KJN<br><br>**New Case No.  2:22-cv-02214-DAD-DB**<br><br>ORDER RELATING AND REASSIGNING CASE |

A review of the complaint in the above-captioned case reveals that it is related under this court's Local Rule 123(a) to the following related action pending before the undersigned: *Siskiyou County v. PacifiCorp*, 2:22-cv-01582-DAD-DB.  Accordingly, assignment of the above-captioned action to the undersigned and to Magistrate Judge Deborah Barnes will promote efficiency and economy for the court and the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c).  Such good cause appearing here, the court orders that the

/////

1

above-captioned action be reassigned to the undersigned and Magistrate Judge Deborah Barnes. The documents in the above-captioned action shall bear the new case number above.

IT IS SO ORDERED.

Dated:  **December 20, 2022**

                                                      /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE

2