

United States District Court
Eastern District of California

| SISKIYOU COUNTY | | Case Number: | 2:22-cv-01582-DAD-DB |

Plaintiff(s)

V.

| PACIFICORP, et al. |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, STACI J. OLSEN hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Siskiyou County

On 11/01/1996 (date), I was admitted to practice and presently in good standing in the State of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/04/2023          Signature of Applicant: /s/ Staci J. Olsen

**Pro Hac Vice Attorney**

Applicant's Name: STACI J. OLSEN

Law Firm Name: Baron & Budd, P.C.

Address: 3102 Oak Lawn Ave.

Suite 1100

City: Dallas    State: TX    Zip: 75219

Phone Number w/Area Code: (214) 521-3605

City and State of Residence: Dallas, TX

Primary E-mail Address: solsen@baronbudd.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John P. Fiske

Law Firm Name: Baron & Budd, P.C.

Address: 11440 W. Bernardo Ct.

Suite 265

City: San Diego    State: CA    Zip: 92127

Phone Number w/Area Code: (858) 225-7200    Bar # 249256

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 11, 2023

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT