UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SISKIYOU COUNTY, | No. 2:22-cv-01582-DAD-DB |
| Plaintiff, | |
| v. | ORDER REFERRING MOTION TO MAGISTRATE JUDGE |
| PACIFICORP, | |
| Defendant. | |

The Eastern District of California's overwhelming caseload has been well publicized, and the long-standing lack of adequate judicial resources in this district long ago reached crisis proportions. This crisis continues to have serious implications for this court and litigants appearing before it.

The undersigned has endeavored to work through a backlog of inherited submitted motions in civil cases as quickly as possible since returning to the Sacramento courthouse one year ago. However, that effort has resulted in less of the court's limited resources being devoted to resolving motions that have been filed within the last year—many of which were reluctantly taken under submission without oral argument despite the undersigned's preference for holding hearings on civil law and motion matters.

/////

/////

1    In light of the foregoing, the undersigned has decided to refer the pending motion for
2 judgment on the pleadings (Doc. No. 9) to the assigned magistrate judge for the issuance of
3 findings and recommendations, if necessary.

4    However, the court urges the parties to consider several available alternatives.

5    First, if the parties believe that an early settlement conference with a magistrate judge
6 might be productive in the case, they are encouraged to promptly file a stipulation requesting that
7 the case be set for a court-supervised settlement conference.

8    Second, the parties are reminded of their option to consent to proceeding before a
9 magistrate judge for all purposes.  Any party that has not already filed a "Consent/Decline of U.S.
10 Magistrate Judge Jurisdiction Form" shall do so promptly.  When completing the form, please
11 specify which party or parties are completing the form. "Our Magistrate Judges play a critical role
12 in providing essential access to justice, particularly in our overburdened court." (Doc. No. 5-2 at
13 2.)  Indeed, "[c]onsenting to Magistrate Judge jurisdiction in civil cases may represent one of the
14 best ways to secure 'just, speedy, and inexpensive determination' of your case, which is why we
15 want to be sure you are fully aware of your right and ability to consent."  (*Id*.) (quoting Fed. R.
16 Civ. P. 1).

17    Third, even if the parties are not inclined to consent to magistrate judge jurisdiction over
18 their entire case, the parties should consider whether they are interested in a partial/limited
19 consent.  For example, the parties may consent to the magistrate judge jurisdiction for purposes of
20 ruling on a particular motion/request that would ordinarily be resolved by the assigned district
21 judge.  If the parties are willing to agree to such limited consent as to the pending motion for
22 judgment on the pleadings (Doc. No. 9), they shall file a joint notice so informing the court as
23 soon as possible so that judicial resources can be efficiently allocated.

24    If the parties reject all of these listed alternatives, then within fourteen (14) days from the
25 date of this order, the parties shall file a joint notice simply informing the court that the parties
26 /////
27 /////
28 /////

have not all agreed on any of these alternatives.[1]  Upon receipt of the parties' joint notice, or upon the expiration of the fourteen-day period, whichever occurs first, the motion for judgment on the pleadings (Doc. No. 9) is hereby referred to the assigned magistrate judge for the issuance of findings and recommendations, so as not to require another separate referral order.

IT IS SO ORDERED.

Dated:  **October 16, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] In their notice, the parties shall <u>not</u> specify the respective positions of each party as to each alternative.  The court need only be notified that the parties have not all agreed on any of the listed alternatives.

3