**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
Victoria Sherlin (SBN 312337)
Taylor O'Neal (SBN 336077)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone: 858-251-7424 Fax: 214-523-6600
Email: jfiske@baronbudd.com
       jjulius@baronbudd.com
       tsherlin@baronbudd.com
       toneal@baronbudd.com

**DIAB CHAMBERS LLP**
Ed Diab (SBN 262319)
Robert J. Chambers, II (SBN 244688)
10089 Willow Creek Rd., Ste 200
San Diego, CA 92131
Tel: (619) 658-7010
Email: diab@theddcfirm.com
       rob@theddcfirm.com
*Attorneys for Plaintiff Siskiyou County*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SISKIYOU COUNTY, a political subdivision of the State of California, duly organized and existing by virtue of the laws of the State of California<br><br>Plaintiff,<br><br>v.<br><br>PACIFICORP, et. al.,<br><br>Defendant. | Case No.: 2:22-cv-01582-DAD-DB<br><br>**JOINT STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>Judge: Hon. Dale Drozd<br>State Action Filed: August 10, 2022<br>Case Removed to Eastern District: September 8, 2022 |

Pursuant to Federal Rules of Civil Procedure 16(b)(4), 29(b), and Local Rules 143, 144 and 230, Plaintiff Siskiyou County ("Plaintiff") and Defendant PacifiCorp ("Defendant") (collectively, the "Parties") respectfully submit this Joint Stipulation to Amend the Scheduling Order ("Joint Stipulation") in the above-captioned matter ("Action").

**In support of this Joint Stipulation, the Parties state:**

1. This Action involves damages that Plaintiff alleges it sustained as a result of the September 8, 2020, Slater Fire ("the Fire") in Siskiyou County, California. Plaintiff alleges that the Fire burned approximately 158,000 acres and damaged or destroyed over 700 structures, including the Happy Camp and Karuk tribal communities.

2. Plaintiff filed its Complaint against Defendant on August 10, 2022, in the Superior Court of the State of California, County of Sacramento. On September 8, 2022, Defendant filed its answer in the state court proceeding. On September 8, 2022, Defendant also filed a Notice of Removal of the action to the United States District Court for the Eastern District of California.

3. On October 28, 2022, Defendant filed a Motion for Judgement on the Pleadings ("MJOP") as to Plaintiff's Inverse Condemnation cause of action. Plaintiff filed its Opposition to Defendant's MJOP on November 11, 2022, and Defendant filed its reply on November 21, 2022. Plaintiff filed a Notice of Supplemental Authority on January 24, 2024, ECF No. 33. On February 6, 2024, Magistrate Deborah Barnes issued a recommendation to deny Defendants' MJOP, ECF No. 34. Defendant filed Objections to Magistrate Judge's Findings and Recommendations on February 20, 2024, ECF No. 36. The Parties anticipate that a final ruling on the MJOP by the District Judge will facilitate potential resolution of this Action and therefore nothing herein shall impact the Court's ability to issue a final ruling on Defendants' MJOP. The Parties respectfully request that a final ruling be made as soon as is feasible for the Court, which would facilitate and expedite further discussions between the Parties towards potential resolution.

4. The Court entered a Scheduling Order in this Action on January 5, 2023, ECF No. 21 ("Initial Scheduling Order"), and on August 8, 2023, the parties filed a Stipulation to Stay Discovery and Amend the Scheduling Order. On August 9, 2023, the Court entered a minute order extending various dates as set forth in the Initial Scheduling Order. *See* ECF No. 27 ("Amended Scheduling

Order"). On January 23, 2024, the Parties filed a Stipulation to Amend the Scheduling Order, ECF 31, and on January 24, 2024, the Court entered a Minute Order extending various deadlines consistent with the Parties' Stipulation.

5. In addition to this Action, several parallel actions related to the Slater Fire are pending in the Superior Court of the State of California, County of Sacramento and are consolidated under the lead case *Hitchcock, et al. v. PacifiCorp, et al.*, No. 34-2020-00290833 ("Consolidated Cases"), many of which have resolved. Both this Action and the Consolidated Cases arise from the same wildfire—the 2020 Slater Fire—and involve many of the same substantive claims, including claims for negligence and inverse condemnation. The claims and defenses being litigated in the Consolidated Cases are substantively very similar to those being litigated here, especially on issues related to liability. As a result, the Parties in this Action entered into a Stipulation to Coordinate Discovery with the Consolidated Cases, which this Court entered on March 23, 2023, ECF 24. Discovery and depositions have proceeded consistent with the Stipulation to Coordinate Discovery. Discovery is currently stayed in the Consolidated Cases pending resolution of the remaining actions in that matter, and absent a stay in this matter, PacifiCorp witnesses may need to be deposed twice in this Action and in the Consolidated Action.

6. The Parties agree that an additional extension of the dates as set forth in the Courts January 24, 2024 Minute Order is necessary to allow the Court to issue a final ruling on the MJOP and allow the Parties the ability to explore potential resolution without the need for costly expert discovery and reports, and to promote judicial efficiency.[1]

7. For the foregoing reasons, and with good cause showing, the Parties respectfully request that the Court extend the deadlines as set forth in the scheduling order as follows:

///

///

///

---

[1] The Parties have scheduled a mediation in the related Action between the same parties in April of 2024, involving the McKinney Fire, Case No. 2:22-cv-02278-DAD-DB, and anticipate that a final ruling on the MJOP will allow the Parties to likewise schedule a mediation in this Action.

|  | **Current Scheduling Order** | **Proposed New Dates** |
|---|---|---|
| Fact Discovery Cutoff | May 3, 2024 | November 4, 2024 |
| Expert Witness Designation and Disclosure | May 17, 2024 | November 18, 2024 |
| Rebuttal Expert Witness Designation and Disclosure | June 17, 2024 | December 17, 2024 |
| Dispositive Motion Filing Deadline | August 12, 2024 | February 12, 2025 |
| Final Pretrial Conference | September 24, 2024 | March 20, 2025 |
| Jury Trial | December 2, 2024 | June 2, 2025 |

8.  Nothing herein shall alter or impact the Court's ability to issue a final ruling on Defendant's Motion for Judgement on the Pleadings as to Plaintiff's Inverse Condemnation cause of action, currently pending before the Court, which is a critical component for the Parties' exploration of resolution of this Action.

9.  All other dates in the Court's Scheduling Order shall remain the same if not addressed in this Joint Stipulation.

**IT IS SO STIPULATED.**

Dated:  February 21, 2024             Respectfully submitted,

**BARON & BUDD, P.C.**

By: _s/ Victoria Sherlin_
    John P. Fiske (SBN 249256)
    Jason Julius (SBN 249036)
    Victoria Sherlin (SBN 312337)
    Taylor O'Neal (SBN 336077)
    11440 West Bernardo Court Suite 265,
    San Diego, CA 92127
    Telephone:  858-251-7424 Fax: 214-523-6600

Email: jfiske@baronbudd.com
jjulius@baronbudd.com
tsherlin@baronbudd.com
toneal@baronbudd.com

**DIAB CHAMBERS LLP**

By: s/ Rob Chambers
Ed Diab (SBN 262319)
Robert J. Chambers, II (SBN 244688)
10089 Willow Creek Rd., Ste 200
San Diego, CA 92131
Tel: (619) 658-7010
Email: ed@dcfirm.com
rob@dcfirm.com
*Attorneys for Plaintiff Siskiyou County*

**HUESTON HENNIGAN LLP**

By: s/ Craig Fligor
Craig Fligor (SBN 323174)
Alison L. Plessman (SBN 250631)
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Tel. (213) 788-4340
Email: wlarsen@hueston.com
aplessman@hueston.com

Douglas J. Dixon (SBN 275389)
620 Newport Center Drive, 13th Floor
Newport Beach, CA 92660
Tel. (949) 229-8640
Email: ddixon@hueston.com
*Attorneys for Defendant PacifiCorp*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SISKIYOU COUNTY, a political subdivision of the State of California, duly organized and existing by virtue of the laws of the State of California<br><br>　　　　Plaintiff,<br><br>v.<br><br>PACIFICORP, et. al.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01582-DAD-DB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>Judge: Hon. Dale Drozd<br>State Action Filed: August 10, 2022<br>Case Removed to Eastern District: September 8, 2022 |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

1. Plaintiff and Defendant's Joint Stipulation to Amend the Scheduling Order is hereby **GRANTED**.

2. The dates as set forth in the Scheduling Order are amended as follows:

| | **Current Scheduling Order** | **Proposed New Dates** |
|---|---|---|
| Fact Discovery Cutoff | May 3, 2024 | November 4, 2024 |

| | | |
|---|---|---|
| Expert Witness Designation and Disclosure | May 17, 2024 | November 18, 2024 |
| Rebuttal Expert Witness Designation and Disclosure | June 17, 2024 | December 17, 2024 |
| Dispositive Motion Filing Deadline | August 12, 2024 | February 12, 2025 |
| Final Pretrial Conference | September 24, 2024 | March 20, 2025 |
| Jury Trial | December 2, 2024 | June 2, 2025 |

3. Nothing in this Order shall modify or impair the Court's ability to issue a final ruling on Defendant's Motion for Judgment on the Pleadings as to Plaintiff's Inverse Condemnation Cause of Action, currently pending before this Court.

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. Dale A. Drozd